IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITGO PETROLEUM CORPORATION | : : : | CIVIL ACTION NO. 13-202 |
| v. | : : | |
| US LUBES, LLC | : | |

**ORDER**

AND NOW, this 8th day of August, 2014, upon consideration of plaintiff CITGO Petroleum Corporation's motion for summary judgment (Dkt. No. 27), defendant US Lubes LLC's reply (Dkt. No. 30) and plaintiff's response (Dkt. No. 31) it is ORDERED that plaintiff's motion is GRANTED as follows:

(1) JUDGEMENT IS ENTERED in favor of CITGO Petroleum Corporation and against US Lubes LLC on Count I in the amount of $888,000; and

(2) JUDGEMENT IS ENTERED in favor of CITGO Petroleum Corporation and against US Lubes LLC on Count II in the amount of $503,292.74.

The Clerk of Court is directed to close this case for statistical purposes.

  /s/ Thomas N. O'Neill Jr.
THOMAS N. O'NEILL, JR., J.